UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Mercedes, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>New York Adorned Brooklyn Incorporated,<br><br>                    Defendant. | 1:25-cv-02707 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

In view of the Notice of Settlement filed by the parties (*see* Notice, ECF No. 18), the deadline for Defendant to respond to the Complaint (*see* 6/6/25 Order, ECF No. 17) is adjourned *sine die*.

**SO ORDERED.**

Dated:   New York, New York
         July 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge